**United States Bankruptcy Court**
**for the**
**Middle District of Florida**
**Orlando Division**

**In Re:**

Roger Larry Featherston
Judith J Featherston
7431 Portside Court
Winter Park, FL  32792

Case Filed on: August 19, 2004
Plan Confirmed on: February 09, 2005
Closed Date: January 28, 2008

**Case Number: 6:04-bk-09450-ABB**

**Trustee's Final Report**
This case was Completed

Total funds received and disbursed pursuant to the plan:          $36,720.00 received          $36,720.00 disbursed

| Claim Nbr | Name of Claimant | Claimed by Creditor | Allowed by Court | To be Paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 000 | Roger Larry Featherston | $0.00 | $1.80 | $1.80 | $1.80 | $0.00 |
| 000 | Roger Larry Featherston | $0.00 | $1.80 | $1.80 | $1.80 | $0.00 |
|  | **Total Debtor Refunds** | **$0.00** | **$3.60** | **$3.60** | **$3.60** | **$0.00** |
| AT | J Craig Bourne | $0.00 | $1,250.00 | $1,250.00 | $1,250.00 | $0.00 |
| AT | J Craig Bourne | $0.00 | $1,250.00 | $1,250.00 | $1,250.00 | $0.00 |
|  | **Total Attorney Fees** | **$0.00** | **$2,500.00** | **$2,500.00** | **$2,500.00** | **$0.00** |
| 002 | American General Finace | $5,147.56 | $5,147.56 | $5,147.56 | $5,147.56 | $0.00 |
| 002 | American General Finace | $5,147.56 | $5,147.56 | $5,147.56 | $5,147.56 | $0.00 |
| 007 | Autonation Financial Svc | $2,937.74 | $3,139.99 | $3,139.99 | $3,139.99 | $0.00 |
| 007 | Autonation Financial Svc | $2,937.74 | $3,139.99 | $3,139.99 | $3,139.99 | $0.00 |
| 003 | General Motors Acceptance Corp | $25,347.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| 003 | General Motors Acceptance Corp | $25,347.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| 016 | Metlife | $2,700.00 | $3,240.00 | $3,240.00 | $3,240.00 | $0.00 |
| 016 | Metlife | $2,700.00 | $3,240.00 | $3,240.00 | $3,240.00 | $0.00 |
| 004 | Seminole County Tax Collector | $1,221.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Seminole County Tax Collector | $1,221.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 015 | Seminole County Tax Collector | $1,229.16 | $1,332.83 | $1,332.83 | $1,332.83 | $0.00 |
| 015 | Seminole County Tax Collector | $1,229.16 | $1,332.83 | $1,332.83 | $1,332.83 | $0.00 |
|  | **Total Secured Creditors** | **$77,166.28** | **$25,720.76** | **$25,720.76** | **$25,720.76** | **$0.00** |
| 014 | Capital One Bank | $1,549.78 | $1,549.78 | $1,549.78 | $947.69 | $0.00 |
| 014 | Capital One Bank | $1,549.78 | $1,549.78 | $1,549.78 | $947.69 | $0.00 |
| 013 | Discover Bank | $7,767.62 | $7,767.62 | $7,767.62 | $4,749.88 | $0.00 |
| 013 | Discover Bank | $7,767.62 | $7,767.62 | $7,767.62 | $4,749.88 | $0.00 |
| 001 | Ecast Settlement Corp. | $10,383.92 | $10,383.92 | $10,383.92 | $6,349.74 | $0.00 |
| 001 | Ecast Settlement Corp. | $10,383.92 | $10,383.92 | $10,383.92 | $6,349.74 | $0.00 |
| 008 | Resurgent Capital Services | $334.18 | $334.18 | $334.18 | $204.35 | $0.00 |
| 008 | Resurgent Capital Services | $334.18 | $334.18 | $334.18 | $204.35 | $0.00 |
| 009 | Resurgent Capital Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 009 | Resurgent Capital Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Resurgent Capital Services | $417.64 | $417.64 | $417.64 | $255.39 | $0.00 |
| 010 | Resurgent Capital Services | $417.64 | $417.64 | $417.64 | $255.39 | $0.00 |
| 011 | Resurgent Capital Services | $5,131.56 | $5,131.56 | $5,131.56 | $3,137.94 | $0.00 |
| 011 | Resurgent Capital Services | $5,131.56 | $5,131.56 | $5,131.56 | $3,137.94 | $0.00 |
| 012 | Resurgent Capital Services | $2,363.20 | $2,363.20 | $2,363.20 | $1,445.09 | $0.00 |
| 012 | Resurgent Capital Services | $2,363.20 | $2,363.20 | $2,363.20 | $1,445.09 | $0.00 |
| 005 | Roundup Funding, Llc | $3,707.01 | $3,707.01 | $3,707.01 | $2,266.83 | $0.00 |
| 005 | Roundup Funding, Llc | $3,707.01 | $3,707.01 | $3,707.01 | $2,266.83 | $0.00 |
| 006 | Roundup Funding, Llc | $2,876.50 | $2,876.50 | $2,876.50 | $1,758.98 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 006 | Roundup Funding, Llc | $2,876.50 | $2,876.50 | $2,876.50 | $1,758.98 | $0.00 |
| | **Total Unsecured Creditors** | **$69,062.82** | **$69,062.82** | **$69,062.82** | **$42,231.78** | **$0.00** |
| | Total All | $97,287.18 | $97,287.18 | $70,456.14 | $0.00 | |

| | |
|---|---:|
| Total Debtor Refunds | $1.80 |
| Total Attorney Fees | $1,250.00 |
| Total Secured Creditors | $12,860.38 |
| Total Unsecured Creditors | $21,115.89 |
| Other Trustee Admin | .00 |
| Trustee Allowance | $1,491.93 |
| Amount Compromised | .00 |
| **Total Funds Disbursed** | **$36,720.00** |

/S/ LAURIE K. WEATHERFORD

Laurie K. Weatherford, Trustee
Middle District of Florida
P.O. Box 3450
Winter Park, FL  32790
Phone: (407) 648-8841

6:04-bk-09450-ABB

Final Report Dated :   June 05, 2008